FILED
CHARLOTTE, NC
DEC 10 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 3:25-cr-348-KDB** |
| | ) | |
| **v.** | ) | **BILL OF INDICTMENT** |
| | ) | |
| | ) | **Violations: 18 U.S.C. § 922(g)(1)** |
| **(1) BREON SMITH** | ) | |
| **(2) JEREMIAH JENERO EVANS** | ) | |
| | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession of a Firearm by a Convicted Felon)*

On or about May 8, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**(1) BREON SMITH,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess one or more firearms, that is, a Glock, model 19, 9mm caliber pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**
*(Possession of a Firearm by a Convicted Felon)*

On or about May 8, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**(2) JEREMIAH JENERO EVANS,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess one or more firearms, that is, a Taurus, model Millennium PT 145 Pro, .45 caliber pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. One Glock, model 19, 9mm caliber pistol, one Taurus, model Millennium PT 145 Pro, .45 caliber pistol, magazines, and ammunition seized during the investigation.

A TRUE BILL

[redacted]

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

STEPHANIE L. SPAUGH
ASSISTANT UNITED STATES ATTORNEY